

Taubel Trust.

Argued April 23, 1965. Before BELL, C. J., MUS-
MANNO, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

 

*J. Brooke Aker,* with him *Harold J. Budd,* for appellants.

*Michael von Moschzisker,* with him *Martin W. Spector,* and *Wolf, Block, Schorr and Solis-Cohen,* for appellees.

OPINION PER CURIAM, June 30, 1965:
Order affirmed. Costs on appellants.

Mr. Justice ROBERTS dissents for the reasons stated in his dissenting opinion in *Sheldrake Estate,* 416 Pa. 551, 554, 207 A. 2d 802, 803 (1965).

Rank, Appellant, *v.* Hatfield Township.

Argued May 3, 1965. Before BELL, C. J., MUSMAN-
NO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Louis Sager,* with him *Richard M. Lovenwirth,* for appellant.

*James F. Geohegan,* with him *Geohegan & Ozorowski,* for township, appellee.

*Robert W. Tredinnick* and *Joseph Whetstone,* with them *George M. Aman, III,* and *Bean, DeAngelis, Tredinnick & Giangiulio,* and *Townsend, Elliott & Munson,* for authority, appellee.

OPINION PER CURIAM, June 30, 1965:
Decree affirmed at appellants' cost.
Mr. Chief Justice BELL dissents.

Commonwealth ex rel. Mahaffey, Appellant, *v.* Maroney.

Submitted May 24, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.